DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

DARRIUS DEON WOODS-WHITE,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D23-1072

_____

December 1, 2023

Appeal from the Circuit Court for Pinellas County; Philippe Matthey, Judge.

Howard L. Dimmig, II, Public Defender, and Kimberly Nolen Hopkins, Assistant Public Defender, Bartow, and Clay W. Oberhausen, Office of Criminal Conflict and Civil Regional Counsel, Sarasota, for Appellant.

Ashley Moody, Attorney General, Tallahassee, for Appellee.

PER CURIAM.

Affirmed.

KHOUZAM, LUCAS, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.